ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Edge Analytic Solutions, LLC | ) ASBCA No. 63295 |
| | ) |
| Under Contract No. HHM402-19-D-0012 | ) |
| D.O. HS002-20-F-0050 | ) |

APPEARANCE FOR THE APPELLANT:    Robert S. Nichols, Esq.
    Nichols Liu LLP
    Washington, DC

APPEARANCE FOR THE GOVERNMENT:    Matthew T. Donohue, Esq.
    Deputy General Counsel
    Defense Counterintelligence and Security
    Agency

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: June 23, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63295, Appeal of Edge Analytic Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: June 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals